# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 02, 2018**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Lujan, John Edward | Docket No. | 0980 1:18CR02040-LRS-3 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John Edward Lujan, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 23rd day of July 2018, under the following conditions:

**Special Condition #1:** Defendant shall avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution and any codefendants.

**Special Condition #4:** Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Having direct and indirect contact with codefendant Rosendo Ramos between July 23, and August 1, 2018.

Violation #2: Deviating from approved location monitoring schedule on July 30, 2018.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: August 2, 2018 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

_____
Signature of Judicial Officer

    8/2/2018
_____
Date